| Filer's Name, Address, Phone, Fax, Email: | | |
|---|---|---|
| Ken Ohara (SBN 8264)<br>Aldridge Pite, LLP<br>345 Queen Street, Suite 500<br>Honolulu, HI 96813<br>Telephone: (808) 275-4490<br>Facsimile:(808) 412-2718<br>kohara@aldridgepite.com | Kenny Y.H. Baik (SBN 11406)<br>Aldridge Pite, LLP<br>345 Queen Street, Suite 500<br>Honolulu, HI 96813<br>Telephone: (808) 275-4490<br>Facsimile: (808) 412-2718<br>kbaik@aldridgepite.com | <br>**UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF HAWAII**<br>1132 Bishop Street, Suite 250<br>Honolulu, Hawaii 96813<br><br>hib_4001-1cs (12/09) |

| *Debtor:* Antonio Puzon Macadaeg | *Case No.:* **24-01159** |
|---|---|
| *Joint Debtor:* (if any) | *Chapter:* **13** |
| **COVER SHEET - MOTION FOR RELIEF FROM STAY**<br>*Instructions:* Complete A. for all motions. Complete B. if seeking to enforce security interest. Complete C. if motion concerns a lease. Complete D. for other types of relief. Complete E. if seeking extraordinary relief. | *Hearing Date:* July 14, 2025<br>*Time:* 9:30 AM |

**A. Relief sought under**   [✓] 11 U.S.C. § 362(d) – Automatic Stay    [ ] 11 U.S.C. § 1301(c) – Chapter 13 Codebtor Stay

Movant: Citigroup Mortgage Loan Trust 2022-RP3

Role (mortgagee, lessor, agent, plaintiff, etc.): **mortgagee**                                                  [✓] Debtor's principal residence

Subject Matter (real/personal property, litigation, etc.): (use address/TMK/vehicle ID, etc.)    **94 1033 Oli Place C3, Waipahu, HI 96797**

If pending litigation, last major prepetition event: (decree of foreclosure, writ of possession, etc.)

| **B. Security Interest (mortgage, lien, etc.)** | Movant's lien position (1st, 2nd, etc.): |
|---|---|
| Date of loan: 6/22/2007 | Maturity date: 7/1/2037 |
| Original amt: $ 261,000.00 | Principal bal: $ 171,909.34 | Interest, late fees, etc.: $89,136.82 |
| Monthly pmt: $ 744.10 | Prepetition arrears: $ | Postpetition arrears: $ 2,976.40 |
| Debtor's valuation in schedules: $ 489,000.00 | Movant's valuation (if different): $ |

| List all encumbrances: | Sr. lien: **Movant** | $ 261,046.16 |
|---|---|---|
| | 2nd lien: | $ 27,225.00 |
| | Total other liens: | $ 127,857.00 |
| | Add all liens ……………………………………………………… | $ 416128.16 |

| **C. Lease** | Date of lease: | Payment: $         per |
|---|---|---|
| Prepetition arrears: $ | | Postpetition arrears: $ |

**D. Other**   Describe relief sought, title of action and court of any litigation, and any applicable insurance:
Relief from the automatic stay of 11 U.S.C. § 362(a) to allow Movant (and any successors or assigns) to proceed under applicable nonbankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

**E. Extraordinary relief requested:**   [ ] Retroactive relief   [ ] "in rem" relief   [ ] No stay of order

The above information summarizes allegations in attached motion.   /s/ ___Ken Ohara_____
                                                                                                      For Movant