| *Filer's Name, Address, Phone, Fax, Email:*<br><br>Kenny Y.H. Baik (SBN 11406)　　Ken Ohara (SBN 8264)<br>kbaik@aldridgepite.com　　　kohara@aldridgepite.com<br>ALDRIDGE PITE, LLP　　　　ALDRIDGE PITE, LLP<br>345 Queen Street, Suite 500　　3333 Camino del Rio South<br>Honolulu, HI 96813　　　　　Suite 225<br>Telephone: (808) 275-4490　　San Diego CA 92108<br>Facsimile: (808) 412-2718　　Telephone: (858) 750-7600<br>　　　　　　　　　　　　　Facsimile: (619) 590-1385 | <br>**UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF HAWAII**<br>1132 Bishop Street, Suite 250<br>Honolulu, Hawaii 96813 |
|---|---|

H9073-1 (9/23)

| *Debtor:* Antonio Puzon Macadaeg | *Case No.:* 24-01159 |
|---|---|
| *Joint Debtor:*<br>*(if any)* | *Chapter:* 13 |
| *[If Adversary Proceeding, complete information below. Use "et al" if multiple parties.]*<br>*Plaintiff(s):*<br>*vs.*<br>*Defendant(s):* | *Adversary Proceeding No.:*<br>*(if applicable)* |

| **NOTICE OF HEARING**<br>Hearing will be conducted both in the courtroom at 1132 Bishop Street, Honolulu, Hawaii, and remotely (audio only). Join the Meeting at Zoomgov.com or by phone at (833) 568-8864. Meeting ID: 161 789 3766, Passcode: 1132. | **Hearing Date:** July 14, 2025<br>**Time:** 9:30 AM<br><br>**Objections Due:** June 30, 2025 |
|---|---|

| *Matter being heard:* | Motion for Relief from Automatic Stay | *Related Dkt No.:* |
|---|---|---|
| *Moving Party:* | Citigroup Mortgage Loan Trust 2022-RP3 | |

**NOTICE IS HEREBY GIVEN** that this matter is set for hearing at the date and time above. The relief being requested consists of the following. [*Briefly describe the relief sought, **including pertinent details**.*]

Relief from the automatic stay to permit Movant, with respect to its loan secured by the real property commonly known as 94 1033 Oli Place C3, Waipahu, HI 96797 ("Property"), to exercise its foreclosure and other rights relating to the Property, subject to there not being enforcement (against Debtors' assets or Debtors' estate) of any deficiency judgment without further order of the court.

**Your rights may be affected.** **You should read the motion or application and the accompanying papers carefully and discuss them with your attorney if you have one in this bankruptcy case or proceeding. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in this motion, or if you want the court to consider your views on the motion, then you or your attorney must file a statement explaining your position not later than the date below.

**Date response due** [enter specific date, and how calculated using the relevant statute, federal or local rule, or order shortening time, e.g. *X days before hearing or X days after* _____.]:

June 30, 2025
Date

How calculated: 14 Days prior to hearing date

Statements must be filed with the court at:

United States Bankruptcy Court
District of Hawaii
1132 Bishop Street, Suite 250
Honolulu, HI 96813

If you mail your response to the court, you must mail it early enough so the court will **receive** it on or before the deadline stated above. The court may disregard any response filed untimely.

You must also mail or transmit a copy to the moving party at:

Responses to be sent to:

Ken Ohara
ALDRIDGE PITE, LLP
3333 Camino del Rio South, Suite 225
San Diego, CA 92108

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or application and may enter an order granting that relief.

If no objection to the relief being sought is filed by the deadline stated above, the court may cancel the hearing (although certain types of motions will remain on the court's calendar). If the hearing is canceled, the court may grant the relief if the moving party promptly files a declaration and request for entry of an order [local form hib_9021-1]. If the moving party wishes to proceed with a hearing in the absence of an objection, the moving party should file a request for the matter to remain on calendar [local form hib_9013-1c3].

Dated: 6/10/2025         /s/ *Ken Ohara*
                for Movant            (Print name also if original signature)